UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CRYSTAL PHILLIPS                                CASE NO. 6:18-CV-00824

VERSUS                                          JUDGE ROBERT G. JAMES

U.S. COMMISSIONER OF SOCIAL
SECURITY

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

Signed this 12th day of November, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE